JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DARION ELLIOTT, | ) No. CV 13-06234-SVW (DFM) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| C. WOFFORD, Warden, | ) |
| Respondent. | ) |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: February 20, 2014

_____
STEPHEN V. WILSON
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
MAR - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY